UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| BARBARA DELIA,<br>An individual, | ) | |
| | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 2:22-cv-3708-RMG |
| v. | ) | |
| | ) | |
| BUCK INVESTMENTS LIMITED<br>COMPANY, | ) | |
| A limited liability company, | ) | |
| | ) | |
|     Defendant. | ) | |

_____

## NOTICE OF VOLUNTARY DISMISSAL

_____

        The Plaintiff states that she is desirous of the voluntary dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

    Respectfully submitted this 4th day of April, 2023.


                */s/ Jordan B. Rogers*
                Jordan B. Rogers; SC District Court #13785
                *Attorney for Plaintiff*
                221 Indigo Bay Circle
                Mt. Pleasant, SC 29464
                (843) 459-7005
                Email:  jbrogers.esq@gmail.com